RAND-SHEPARD COMPANY, a corporation, WELLBORN C
PHILLIPS, and RAND-NEW YORK COMPANY, a corpora-
tion, *Appellants,* vs. DOLLAR SAVINGS INSTITUTION, INC.,
a corporation, *Appellee.*

142 So. 649.

Division A.

Opinion filed June 24, 1932.

*W. Kent Jameson,* for Appellants;
*Worley & Worley,* for Appellee.

PER CURIAM.—The endorser of a note secured by mort-
gage is neither a necessary nor a proper party defendant
in a suit to foreclose the mortgage. This point having
been raised by the indorser by demurrer which was over-
ruled, the decree appealed from must be reversed upon
the authority of the recent case of Delbeck Inv. Co. vs.
Raff, 136 So. 683.

It is so ordered.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur
in the opinion and judgment.